UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 5:01-CR-33-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMIE MICHELLE BOOMER, | ) | |
| Defendant. | ) | |

On July 23, 2001, having previously pled guilty to conspiracy to distribute and possess with the intent to distribute methamphetamine, Ms. Boomer was sentenced to 120 months in custody followed by a five-year term of supervised release. Ms. Boomer was released from the Bureau of Prisons and began her term of supervised release on April 3, 2009.

On October 7, 2011, Ms. Boomer petitioned the court for an early release from her supervision. *See* Motion for Early Termination [DE-20]. The United States Probation Office has advised the court that she has not been charged with any further criminal conduct since being placed on supervision, and that her compliance with the terms and conditions of supervision have been commendable. As a result of her positive adjustment to supervision, she was transferred to Low-Intensity Supervision in December 2010.

In view of Ms. Boomer's positive adjustment to supervision, and in light of there being no evidence of her involvement in any additional criminal conduct, neither her Supervising Probation Officer nor the United States Attorney's Office objects to termination of her supervision.

Accordingly, because Ms. Boomer has complied with the rules and regulations of supervised release and no is longer in need of supervision, her Motion for Early Termination [DE-20] is ALLOWED. It is ORDERED that her term of supervised release is TERMINATED, and she is DISCHARGED from supervision.

SO ORDERED

This, the 20th day of October, 2011.

_____
JAMES C. FOX
Senior United States District Judge